# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Hassan Kearney

### DEFENDANTS
Andrii Vegera and Vegera Global Logistics, Inc.

**(b)** County of Residence of First Listed Plaintiff: Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Chicago, Illilnois
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Adam Grutzmacher, Esquire
1617 JFK Blvd. - suite 355 Phila, Pa 19103   2155636333

Attorneys *(If Known)*
Daniel M. Brown- William J. Ferren & Associates
PO Box 2903-Hartford, CT 16104   215-274-1716

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [x] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
USC Sections 1332 and 1441
Brief description of cause:
Plaintiff is seeking to recover damages for injuries allegedly sustained as a result of a motor vehilce accident.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 7-13-22
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: **Hassan Kearney, 340 Unruh Avenue, Philadelphia, PA 19111**

Address of Defendant: **4534 N. Cumberland Avenue - unit 308- Chicago, Illinois 60656**

Place of Accident, Incident or Transaction: **Island, Avenue, Philadelphia, PA**

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes [ ]  No [ ]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes [ ]  No [ ]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes [ ]  No [ ]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes [ ]  No [ ]

I certify that, to my knowledge, the within case [ ] is / [ ] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: **7-13-22**  _[signature]_  **57638**
Attorney-at-Law / Pro Se Plaintiff   Attorney I.D. # (if applicable)

---

**CIVIL:** (Place a √ in one category only)

A. *Federal Question Cases:*
1. [ ] Indemnity Contract, Marine Contract, and All Other Contracts
2. [ ] FELA
3. [ ] Jones Act-Personal Injury
4. [ ] Antitrust
5. [ ] Patent
6. [ ] Labor-Management Relations
7. [ ] Civil Rights
8. [ ] Habeas Corpus
9. [ ] Securities Act(s) Cases
10. [ ] Social Security Review Cases
11. [ ] All other Federal Question Cases
    *(Please specify):* _____

B. *Diversity Jurisdiction Cases:*
1. [ ] Insurance Contract and Other Contracts
2. [ ] Airplane Personal Injury
3. [ ] Assault, Defamation
4. [ ] Marine Personal Injury
5. [✓] Motor Vehicle Personal Injury
6. [ ] Other Personal Injury *(Please specify):* _____
7. [ ] Products Liability
8. [ ] Products Liability – Asbestos
9. [ ] All other Diversity Cases
    *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, **Daniel M. Brown**, counsel of record or pro se plaintiff, do hereby certify:

[ ] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: _____  Sign here if applicable _____  _____
Attorney-at-Law / Pro Se Plaintiff    Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HASSAN KEARNEY | : |
| | : |
| v. | : |
| | : jury trial demanded |
| ANDRII VEGERA and | : |
| VEGERA GLOBAL LOGISTICS INC. | : |

**PRAECIPE FOR TRANSFER**

**TO THE CLERK OF COURT:**

Kindly transfer this case from the Court of Common Pleas of Philadelphia County at No. 22060161 to the United States District Court for the Eastern District of Pennsylvania.

WILLIAM J. FERREN & ASSOCIATES

BY: _____
Daniel M. Brown
P.O. Box 2903
Hartford, CT  06104
Atty ID # 59638
215-274-1716
Dbrown9@travelers.com
Attorney for defendants,
Andrii Vegera and Vegera Global logistics, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HASSAN KEARNEY             :
                           :
    v.                     :
                           :  Jury trial demanded
ANDRII VEGERA and          :
VEGERA GLOBAL LOGISTICS INC. :

### NOTICE TO PLAINTIFF OF THE FILING OF A NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

To:   Adam Grutzmacher, Esquire
      Clearfield & Kofsky
      Suburban Station Building – suite 355
      1617 JFK Boulevard
      Philadelphia, PA  19103

Please take notice that Defendants, Andrii Vegera and Vegera Global logistics, Inc., by their attorney, Daniel M. Brown, Esquire, has filed a Notice in the United States District Court for the Eastern District of Pennsylvania for Removal of an action now pending in the Court of Common Pleas of Philadelphia County, PA, Hassan Kearney v. Andrii Vegera and Vegera Global Logistics, Inc., June Term, 2022, No. 01061.

WILLIAM J. FERREN & ASSOCIATES

BY: _____
Daniel M. Brown
P.O. Box 2903
Hartford, CT  06104
Atty ID # 59638
215-274-1716
Dbrown9@travelers.com
Attorney for defendants,
Andrii Vegera and Vegera Global logistics, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HASSAN KEARNEY | : |
| v. | : : : Jury trial demanded |
| ANDRII VEGERA and VEGERA GLOBAL LOGISTICS INC. | : : |

## NOTICE OF REMOVAL OF DEFENDANTS, ANDRII VEGERA and VEGERA GLOBAL LOGISTICS INC.

Andrii Vegera and Vegera Global Logistics Inc., defendants in the above-captioned matter, hereby file this Notice of Removal of this case from the Philadelphia County Court of Common Pleas, where it is now pending, to the United States District Court for the Eastern District of Pennsylvania and in support thereof, avers as follows:

1. The plaintiff filed his complaint in the Philadelphia County Court of Common Pleas to recover damages for injuries he allegedly sustained in a motor vehicle accident that occurred on June 15, 2020 on Island Avenue in Philadelphia, Pennsylvania. A true and correct copy of the plaintiff's complaint is attached hereto, made a part hereof and marked as Exhibit "A."

2. The plaintiff's complaint was filed on June 10, 2022.

3. The plaintiff's complaint was served upon defendant, Andrii Vegera, on June 16, 2022.

4. Diversity of citizenship exists between the parties, and defendants, Andrii Vegera and Vegera Global Logistics Inc., remove this case pursuant to 28 U.S.C. Section 1441.

5. The plaintiff alleges in his complaint that as a result of the accident he sustained "disc injuries, lumbar radiculopathy, cervical sprain and strain, lumbar sprain and strain, left shoulder sprain and strain, muscle spasm, as well as other injuries as may be diagnosed by Plaintiff's health care providers."

6. The motor vehicle accident happened while the plaintiff was in the course and scope of his employment, and the workers' compensation lien that is being asserted is $47,615.56.

7. Upon information and belief, it is asserted that the amount in controversy exceeds $75,000.00.

8. Plaintiff, Hassan Kearney, avers in the complaint that he resides at 340 Unruh Avenue in Philadelphia, Pennsylvania.

9. Defendant, Andrii Vegera, is a citizen and resident of the state of Illinois, and he resides at 4534 N. Cumberland Avenue in Chicago, Illinois.

10. Defendant, Vegera Global Logistics, Inc., is a corporation organized and existing under the laws of the state of Illinois and maintains its principal place of business at 4534 N. Cumberland Avenue, suite 308, in Chicago, Illinois.

11. Diversity of citizenship exists between the parties. 28 USC section 1332.

WHEREFORE, Notice is given that this action is removed from the Philadelphia County Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.

WILLIAM J. FERREN & ASSOCIATES

BY: _____
Daniel M. Brown
Attorney for defendants,
Attorney for defendants,
Andrii Vegera and Vegera Global Logistics Inc.

EXHIBIT "A"

TA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd, 5th fl. at 09:15 AM - 04/14/2023
st still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
atter will be heard by a Board of Arbitrators at the time, date and place THIS IS AN ARBITRATION MATTER
hearing, the matter may be heard at the same time and date before ASSESSMENT OF DAMAGES HEARING
re is no right to a trial denovo on appeal from a decision entered by a Judge. IS REQUIRED

**CLEARFIELD & KOFSKY**
By: Adam E. Grutzmacher, Esquire
Identification No. 92061
Suburban Station Building – Suite 355
1617 JFK Boulevard
Philadelphia, PA 19103
(215) 563-6333

HASSAN KEARNEY
340 Unruh Avenue
Philadelphia, PA 19111

    v.

ANDRII VEGERA
4534 N. Cumberland Avenue-Unit 308
Chicago, IL 60656
  and
VEGERA GLOBAL LOGISTICS INC
4534 N. Cumberland Avenue-Unit 308
Chicago, IL 60656

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

JUNE TERM, 2022
NO.

## COMPLAINT IN CIVIL ACTION
(Code 2V- Motor Vehicle Negligence)

**NOTICE**

"You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

"YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL & INFORMATION SERVICE
One Reading Center
Philadelphia, PA 19107
(215) 238-1701

**AVISO**

"Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) días de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las providencias de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

"LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O, SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACIÓN DE LICENCIADOS DE FILADELFIA
SERVICIO DE REFERENCIA E INFORMACIÓN LEGAL
One Reading Center
Filadelfia, Penna. 19107
Teléfono: (215) 238-1701

Case ID: 220601016

## GENERAL AVERMENTS

1. Plaintiff, Hassan Kearney is an adult individual who resides at the above-captioned address.

2. Defendant, Andrii Vegera, is an adult individual who resides at the above-captioned address

3. Defendant, Vegera Global Logistics Inc, is a business, company, entity, partnership, franchise, fictitious name, proprietorship or corporation existing and/or qualifying under the laws of the Commonwealth of Pennsylvania, with a registered office for the acceptance of service or a principal place of business at the address listed in the caption of this Complaint.

4. At all times material hereto, defendant acted or failed to act, by and through their agents, servants, workmen and/or employees, who were then and there acting within the scope of their authority and course of their employment with defendant, in furtherance of defendant's business and on behalf of defendants

5. At all times material hereto, Defendant, Andrii Vegera, did own, operate, manage and control his and/or co-defendant, Vegera Global Logistics Inc.'s 2011 Volvo 780 Series Tractor Trailer, Illinois Tag No. P897411, which was involved in this accident.

6. On or about June 15, 2020, at or near 4782 Island Avenue, Philadelphia, Pennsylvania, Defendant, Andrii Vegera, so carelessly and negligently operated the aforementioned tractor trailer so as to cause the trailer to collide with the City vehicle in which Plaintiff, Hasson Kearney, was operating causing him to sustain the injuries and other losses hereinafter more fully set forth.

7. The negligence and carelessness of the Defendants, acting as aforesaid, consisted of the following:

    (a) operating the aforementioned vehicle at an excessive rate of speed;

    (b) failing to have proper and adequate control of the aforementioned vehicle so as to avoid accidents;

    (c) failing to warn of the approach of the aforementioned vehicle with due regard for the rights and safety of the plaintiff;

    (d) failing to keep a proper lookout;

    (e) failing to stop;

    (f) failing to keep trailer in proper lane of travel;

    (g) failing to have proper control of the trailer;

    (h) failing to ensure the roadway was clear before operating the vehicle in reverse;

    (i) Defendant, Vegera Global Logistics Inc., negligently consented and entrusted their vehicle to Co-Defendant, Andrii Vegera who it knew or should have known would operate the vehicle in a negligent and careless manner, and had a propensity toward negligence and recklessness

    (j) failing to use due care under the circumstances;

    (k) negligence per se; and

    (l) in being otherwise careless and negligent, the particulars of which are presently unknown to plaintiff but which may be learned by discovery procedures provided by the Pennsylvania Rules of Civil Procedure or which may be learned at the trial of this case.

-8-

8. The aforesaid accident was due solely to the negligence and carelessness of the Defendants, acting as aforesaid, and was due in no manner whatsoever to any act or failure to act on the part of the plaintiff.

## COUNT I
## PLAINTIFF, HASSON KEARNEY v. ALL DEFENDANTS
## THIRD PARTY LIABILITY

9. Plaintiff, Hasson Kearney, incorporates by reference hereto, all of the allegations contained in the General Averments, as if they were set forth at length herein.

10. As a result of this accident, Plaintiff, Hasson Kearney, has suffered injuries which are or may be serious and permanent in nature, including but not limited to: disc injuries, lumbar radiculopathy, cervical sprain and strain, lumbar sprain and strain, left shoulder sprain and strain, muscle spasm, as well as other injuries as may be diagnosed by Plaintiff's health care providers, all of which injuries have in the past, and may in the future, cause Plaintiff great pain and suffering.

11. As a further result of this accident, Plaintiff, Hasson Kearney, has been or will be required to receive and undergo medical attention and care and to expend various sums of money and to incur various expenses, and may be required to continue to expend such sums or incur such expenditures for an indefinite time in the future.

12. As a further result of this accident, Plaintiff, Hasson Kearney, has or may hereafter suffer a severe loss of earnings and impairment of earning power and capacity.

13. As a further result of this accident, Plaintiff, Hasson Kearney, has suffered medically determinable physical and/or mental impairment which prevents the plaintiff from

performing all or substantially all of the material acts and duties that constituted the plaintiff's usual and customary activities prior to the accident.

14. As a direct and reasonable result of the accident aforementioned, Plaintiff, Hasson Kearney, has incurred or may hereafter incur, other financial expenses that exceed or may exceed the amount which plaintiff may otherwise be entitled to recover.

15. As a further result of the accident aforementioned, Plaintiff, Hasson Kearney, has suffered severe physical pain, mental anguish and humiliation, and may continue to suffer same for an indefinite time in the future.

**WHEREFORE**, Plaintiff, Hasson Kearney, demands judgment against the defendants, jointly and/or severally, for damages, in an amount not in excess of the arbitration limits, plus interest and costs.

**CLEARFIELD & KOFSKY**

BY: _____
Adam E. Grutzmacher, Esquire
Attorney for Plaintiff, Hasson Kearney

Case ID: 220601061

## **CERTIFICATE OF SERVICE**

I, Daniel M. Brown, attorney for defendants, Andrii Vegera and Vegera Global Logistics Inc., hereby certify that I have this date served a true and correct copy of the foregoing Notice of Removal to the following via electronically:

Adam Grutzmacher, Esquire
Clearfield & Kofsky
Suburban Station Building – suite 355
1617 JFK Boulevard
Philadelphia, PA  19103


WILLIAM J. FERREN & ASSOCIATES

BY: _____
Daniel M. Brown
Attorney for defendants,
Andrii Vegera and Vegera Global Logistics Inc.,